# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,

and

MICHAEL L. ARAGON,
Real Party in Interest.

No. 70412

FILED

APR 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF PROHIBITION OR MANDAMUS

This is an original petition for a writ of prohibition or mandamus challenging a district court's oral ruling granting a motion to set aside a dishonorable discharge from probation.

Because no written order has been entered by the district court, we choose not to entertain the petition. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that the issuance of extraordinary writ relief is purely discretionary with this court). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Richard Scotti, District Judge
Attorney General/Carson City
Clark County District Attorney
Turco & Draskovich
Eighth District Court Clerk